

262 West Nueva Street
San Antonio, TX 78207

Phillip "BabyShark" Scott #645991 §
§
§
V. §  SA24CA0006 OG
§
Kelly Higgins DA of Hays County, TX (Official & Personal Capacity) §
§  Civil Action Nº
§
Jennifer Feldman DA of Comal County, TX (Official & Personal Capacity) §

## CIVIL RIGHTS COMPLAINTS 42 U.S.C. § 1983

To The Honorable Judge of said Court:

Before the Court Phillip G. Scott File this, his Civil Complaint Pursuant to 42 USC § 1983 & in support of this will show the Court the Following:

## I
## PARTIES

A) P. Garland Scott is currently incarcerated at Comal County Jail, TX under Pending Cause-of-Action # CR2023-382A in which he was arrested on Nov. 11, 2022 For Criminal Trespass & subsequent Prohibited Substance in a Correctional Facility

At all times Relevant to this Complaint the Respondants are/were:

B) District Attorney Jennifer Feldman of Comal County, TX
— 199 Main Plaza, Suite 2007 New Braunfels, TX 78130

C) District Attorney Kelly Higgins of Hays County, TX
— 712 S. Stagecoach Trail San Marcos, TX 78666

(1)

## II
## LEGAL CLAIMS & CAUSE OF ACTION

Plaintiff Claims that on Nov. 11th, 2022 he was arrested without Reasonable Suspicion/Probable Cause for the Offense of Criminal Trespass and subsequently a Prohibited Substance In a Correctional Facility which was the Derivative offense of the initial Criminal Trespass. The Criminal Trespass was exculpatory and was removed and deprives Plaintiff of a "Fair Trial" & Due Process.

This Claim is actionable under the 14th amendment of the U.S. Constitution. Plaintiff claims Failure-to-Train Theory under the Due Process Clause.

## III
## FACTUAL SUMMARY

On 11/10/2022 I was arrested at Edelweiss Hotel/First Footing Homeless Shelter at 1063 IH 35 NewBraunfels, TX 78130 for the offense of Criminal Trespass. I was searched at the scene, no contraband was found, & I was transported to Comal County Jail. I was searched again, no contraband was found. The second search was done by Deputy Oen. I was taken in front of the magistrate and was surprised to be told that I was being charged with two offenses Criminal Trespass & Prohibited Substance. The Criminal Trespass "disappeared" from the record & its derivative was left.

(2)

## IV
## RIGHT & CLAIMS TO RELIEF SOUGHT

Plaintiff seeks Injunction & Declaratory Relief

Plaintiff seeks Monetary & Punitive damages

Plaintiff seeks Attorney Fees & Filing Fees as a Prose litigant.

## V
## UNSWORN DECLARATION

I declare under Penalty of Perjury that the following is both true & correct pursuant to 28 U.S.C. § 1746
Dec, 22nd, 2023

_Phillip G. Scott_

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 22th day of DEC, 2023 a true & correct copy of the above and foregoing 42 U.S.C. § 1983 was transmitted to the office of the District Attorney Jennifer Feldman 199 main Plaza, Suite 2007 New Braunfels, TX 78130; District Attorney Kelly Higgins 712 S. Stagecoach Trail, San Marcos, TX 78130

(3)