UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
January 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

| | |
|---|---|
| PHILLIP (BABY SHARK) SCOTT, #645991, | § § § |
| Plaintiff, | § § |
| v. | § § § |
| DISTRICT ATTORNEY KELLY HIGGINS, Hays County, TX, Official & Personal Capacity, ET AL., | § § § § § |
| Defendants. | § § |

SA-24-CV-00006-OLG

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, denying Plaintiff Phillip (Baby Shark) Scott's presumed request to proceed *in forma pauperis* and dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Phillip (Baby Shark) Scott's presumed request to proceed *in forma pauperis* is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of § 1915(g).

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is **SO ORDERED**.

SIGNED this 8 day of January, 2024.

ORLANDO L. GARCIA
United States District Judge